UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY S. RANKER,<br><br>              Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY SHERIFF'S OFFICE AND JAIL,<br><br>              Defendants. | CASE NO. C10-5950BHS/RJC<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |

      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Plaintiff has filed two motions for an extension of time to file his amended complaint (ECF No. 7 and 8).  In the first motion plaintiff asks for a 60-day extension of time.  This would make the due date for the amended complaint, April 22, 2011.  In the second motion plaintiff asks that he be given until June 18, 2011 to file his amended complaint.  The first motion is GRANTED.

      Plaintiff will have until April 22, 2011, to file his amended complaint.  Failure to file an amended complaint that cures the defects in the original will result in a Report and

ORDER - 1

1  Recommendation that this action be dismissed.   The second motion that seeks to extend the

2  deadline until June of this year is DENIED.

3      The Clerk is directed to send copies of this order to plaintiff.

4      DATED this 14th day of February, 2011.

        J. Richard Creatura
        United States Magistrate Judge

ORDER - 2