UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY RANKER,

    Plaintiff,

v.

KITSAP COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

Case No. C10-5950BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     In forma pauperis status is **REVOKED** for purposes of appeal; and

(3)     This action is **DISMISSED.**

DATED this 20th day of June, 2011.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER